# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CYNTHIA PAYTON

NO. 2026 KW 0211

**APRIL 20, 2026**

---

In Re:    Cynthia Payton, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 2023-CR-656.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

     **WRIT DENIED.**

                      **WIL**
                      **EW**
                      **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT